UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

RAMON RODARTE-MENDOZA,

    Plaintiff,

    v.

UNITED STATES OF AMERICA,
FEDERAL BUREAU OF PRISONS and
PETER KIM,

    Defendants.

Case No. 17-cv-498-JPG-GCS

## **JUDGMENT**

This matter having come before the Court. the plaintiff having voluntarily dismissed some claims and the Court having rendered a decision as to others,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed without prejudice.

**DATED: March 11, 2019**      MARGARET M. ROBERTIE, Clerk of Court

    **s/Tina Gray, Deputy Clerk**


**Approved:**   s/ J. Phil Gilbert
           **J. PHIL GILBERT**
           **DISTRICT JUDGE**